NO OPINION
#0 4783
ISSUED